UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **RYANN PERRETT**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Cause No. 4:25-cv-00846-CDP |
| **LINDENWOOD UNIVERSITY, LLC**, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION FOR PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiff Ryann Perrett and Defendant Lindenwood University, LLC (collectively, "Parties") jointly move this Court for entry of the proposed Protective Order contemporaneously filed with this motion to facilitate the exchange of confidential information that may be disclosed during discovery in this litigation.

WHEREFORE, the Parties respectfully request this Court approve and enter the proposed Protective Order in this case.

LLG NATIONAL LAW GROUP

By: _/s/ Lynda Sangmor_
Lynda Sangmor (Pro Hac Vice)
MD Bar # 0606130267
3003 N. Central Avenue, Suite 685
Phoenix, AZ 85012
Telephone: 480-745-5863

*Attorney for Plaintiff*

SANDBERG PHOENIX & von GONTARD P.C.

By:   _/s/ Zachary S. Merkle_____
Stephen M. Strum, #37133MO
Zachary S. Merkle, #68258MO
Amanda A. Walker, #72182MO
701 Market Street, Suite 600
St. Louis, MO  63101-1826
314-231-3332
314-241-7604 (Fax)
sstrum@sandbergphoenix.com
zmerkle@sandbergphoenix.com
awalker@sandbergphoenix.com

*Attorneys for Defendant Lindenwood University, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to all counsel of record.

_/s/ Zachary S. Merkle_____