## AFFIDAVIT OF RYANN PERRETT

I, Ryann J. Perrett hereby affirm that the following information provided in this Affidavit is true, accurate and complete.

My address is: 10831 79ᵗʰ Ave NW Edmonton, AB Canada T6E 1S6

I currently attend school at: University of Alberta, Canada

My annual income is: Less than $1000

I cannot afford to appear for an in-person deposition in St. Louis, Missouri because such travel is unduly burdensome and expensive.

I solemnly declare under penalty of perjury that the statements made herein are true and based on my personal knowledge and belief.

I understand that any false statements made in this sworn affidavit may result in legal consequences.

I sign and affirm this affidavit on this ___1ˢᵗ___ day of April, 2026.

_Ryann Perrett_

Ryann J. Perrett