**EXHIBIT**

**A**

## Amanda A. Walker

| | |
|---|---|
| **From:** | Lynda Sangmor <lynda.sangmor@llgnational.com> |
| **Sent:** | Wednesday, March 4, 2026 11:53 AM |
| **To:** | Zachary S. Merkle |
| **Cc:** | Amanda A. Walker |
| **Subject:** | Re: Plaintiff's deposition & potential mediators - Perrett v. Lindenwood [SAND-LIB1.FID10034781] |

Okay, thanks.

**Lynda Sangmor**
Managing Attorney, Maryland & DC
lynda.sangmor@llgnational.com

CORPORATE OFFICE
*Phoenix Corporate Tower*
3003 N Central Avenue - Suite 685
Phoenix, AZ 85012

THE LAW TEAM WITH NATIONAL REACH
AND LOCAL PRESENCE



LLG
National Law Group
www.llgnational.com

Atlanta • Cherry Hill • Chicago • Dallas • Detroit • El Paso • Flint
Los Angeles • Mobile • New York • Philadelphia • Phoenix • Princeton
Puerto Plata • Salt Lake City • San Juan • Washington

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance of the contents of the e-mail materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney/client privilege. If you have received this transmission in error, please immediately notify the Sender identified above by telephone to arrange for the return of the materials. Thank you.

**From:** Zachary S. Merkle <zmerkle@sandbergphoenix.com>
**Sent:** Wednesday, March 4, 2026 10:51 AM
**To:** Lynda Sangmor <lynda.sangmor@llgnational.com>
**Cc:** Amanda A. Walker <amwalker@sandbergphoenix.com>
**Subject:** RE: Plaintiff's deposition & potential mediators - Perrett v. Lindenwood [SAND-LIB1.FID10034781]

It will be a one-day depo.

Zachary S. Merkle

Shareholder
Sandberg Phoenix
701 Market Street, Suite 600
St. Louis, MO 63101
Direct: 314.446.4346
zmerkle@sandbergphoenix.com

CONFIDENTIALITY NOTICE: This e-mail message and any attachments are confidential, and may contain information that is privileged, attorney-client communication or work product. If you have received this communication in error, please immediately notify the sender at 314-231-3332 or by reply e-mail, and delete this e-mail message and any attachment(s) from your system.

**From:** Lynda Sangmor <lynda.sangmor@llgnational.com>
**Sent:** Wednesday, March 4, 2026 11:50 AM
**To:** Zachary S. Merkle <zmerkle@sandbergphoenix.com>
**Cc:** Amanda A. Walker <amwalker@sandbergphoenix.com>
**Subject:** Re: Plaintiff's deposition & potential mediators - Perrett v. Lindenwood [SAND-LIB1.FID10034781]

Hello Zach:

My client wants to know how many days she will need to be in Missouri for the deposition.

**Lynda Sangmor**
Managing Attorney, Maryland & DC
lynda.sangmor@llgnational.com

CORPORATE OFFICE
*Phoenix Corporate Tower*
3003 N Central Avenue - Suite 685
Phoenix, AZ 85012

THE LAW TEAM WITH NATIONAL REACH
AND LOCAL PRESENCE


www.llgnational.com

Atlanta • Cherry Hill • Chicago • Dallas • Detroit • El Paso • Flint
Los Angeles • Mobile • New York • Philadelphia • Phoenix • Princeton
Puerto Plata • Salt Lake City • San Juan • Washington

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance of the contents of the e-mail materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney/client privilege. If you have received this transmission in error, please immediately notify the Sender identified above by telephone to arrange for the return of the materials. Thank you.

**From:** Zachary S. Merkle <zmerkle@sandbergphoenix.com>
**Sent:** Wednesday, March 4, 2026 6:20 AM
**To:** Lynda Sangmor <lynda.sangmor@llgnational.com>
**Cc:** Amanda A. Walker <amwalker@sandbergphoenix.com>
**Subject:** Re: Plaintiff's deposition & potential mediators - Perrett v. Lindenwood [SAND-LIB1.FID10034781]

When are her final exams? I could do late in the month after them. I would really prefer to do it in person — she is the plaintiff. I would be willing to do virtual depos for other witnesses.

Zach

Zachary S. Merkle
Shareholder
Sandberg Phoenix
701 Market Street, Suite 600
St. Louis, MO 63101
Direct: 314.446.4346
zmerkle@sandbergphoenix.com

CONFIDENTIALITY NOTICE: This e-mail message and any attachments are confidential, and may contain information that is privileged, attorney-client communication or work product. If you have received this communication in error, please immediately notify the sender at 314-231-3332 or by reply e-mail, and delete this e-mail message and any attachment(s) from your system.

**From:** Lynda Sangmor <lynda.sangmor@llgnational.com>
**Sent:** Tuesday, March 3, 2026 4:15:58 PM
**To:** Zachary S. Merkle <zmerkle@sandbergphoenix.com>
**Cc:** Amanda A. Walker <amwalker@sandbergphoenix.com>
**Subject:** Re: Plaintiff's deposition & potential mediators - Perrett v. Lindenwood [SAND-LIB1.FID10034781]

Hello Zach:

My client has responded. She has final exams in April and cannot come to Missouri to do the deposition in person. She wanted to know if it could be conducted via Zoom?

**Lynda Sangmor**
Managing Attorney, Maryland & DC
lynda.sangmor@llgnational.com

CORPORATE OFFICE
*Phoenix Corporate Tower*
3003 N Central Avenue - Suite 685
Phoenix, AZ 85012

THE LAW TEAM WITH NATIONAL REACH
AND LOCAL PRESENCE



**National Law Group**
www.llgnational.com

Atlanta • Cherry Hill • Chicago • Dallas • Detroit • El Paso • Flint
Los Angeles • Mobile • New York • Philadelphia • Phoenix • Princeton
Puerto Plata • Salt Lake City • San Juan • Washington

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance of the contents of the e-mail materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney/client privilege. If you have received this transmission in error, please immediately notify the Sender identified above by telephone to arrange for the return of the materials. Thank you.

**From:** Zachary S. Merkle <zmerkle@sandbergphoenix.com>
**Sent:** Tuesday, March 3, 2026 2:27 PM
**To:** Lynda Sangmor <lynda.sangmor@llgnational.com>
**Cc:** Amanda A. Walker <amwalker@sandbergphoenix.com>
**Subject:** Plaintiff's deposition & potential mediators - Perrett v. Lindenwood [SAND-LIB1.FID10034781]

Hi Lynda:

Nice speaking with you at the Rule 16 conference.

A few things, with our relatively tight schedule, I'd like to try to schedule a deposition date for the plaintiff. I see your discovery responses are due 3/20/2026. Could we look at possible dates for the plaintiff to come to St. Louis for a deposition in **April**? We are happy to host at our office, as I know you are out of town.

Also, this is the Court's list of approved mediators: https://www.moed.uscourts.gov/neutrals/. Frank Neuner (Francis X. Neuner Jr.) is very good for employment cases – I know this isn't technically employment, but the principles are similar. Also, Brad Winters is great. Former Judge Lawrence Mooney is also very good.

Please let me know if you have any thoughts on the above.

Zach


Zachary S. Merkle
Shareholder
Sandberg Phoenix
701 Market Street, Suite 600
St. Louis, MO 63101
Direct: 314.446.4346
zmerkle@sandbergphoenix.com

CONFIDENTIALITY NOTICE: This e-mail message and any attachments are confidential, and may contain information that is privileged, attorney-client communication or work product. If you have received this communication in error, please immediately notify the sender at 314-231-3332 or by reply e-mail, and delete this e-mail message and any attachment(s) from your system.