**EXHIBIT B**

## Amanda A. Walker

| | |
|---|---|
| **From:** | Lynda Sangmor <lynda.sangmor@llgnational.com> |
| **Sent:** | Wednesday, March 18, 2026 12:42 PM |
| **To:** | Zachary S. Merkle |
| **Subject:** | Perrett vs Lindenwood -- 02419 |
| **Attachments:** | Letter.docx |

Zach,

Hope you are doing well. My client has let me know that coming to St. Louis to be deposed will be a great financial burden for her. She has asked me to send you the attached letter.

Please let me know how you would like to proceed.

Thanks,


**Lynda Sangmor**
Managing Attorney, Maryland & DC
lynda.sangmor@llgnational.com


CORPORATE OFFICE
*Phoenix Corporate Tower*
3003 N Central Avenue - Suite 685
Phoenix, AZ 85012


THE LAW TEAM WITH NATIONAL REACH
AND LOCAL PRESENCE



www.llgnational.com


Atlanta • Cherry Hill • Chicago • Dallas • Detroit • El Paso • Flint
Los Angeles • Mobile • New York • Philadelphia • Phoenix • Princeton
Puerto Plata • Salt Lake City • San Juan • Washington

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance of the contents of the e-mail materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney/client privilege. If you have received this transmission in error, please immediately notify the Sender identified above by telephone to arrange for the return of the materials. Thank you.

**Subject:** Deposition Location and Jurisdictional Limitations

Counsel,

I write regarding your request for an in-person deposition in the United States. As the plaintiff and a resident of Alberta, I am not able to travel to Missouri for this purpose. I am a full-time student with no income, and I have final examinations and academic commitments in Alberta that I must attend. In addition, I experience anxiety and depression, and international travel would significantly worsen these conditions at this time. For these reasons, travel outside Canada would impose substantial financial, academic, and personal hardship.

A subpoena issued by a U.S. court has no legal force in Canada. Only an Alberta court could compel my attendance, and Alberta courts require that discovery be conducted in a manner that is fair, proportionate, and not unduly burdensome. In cross-border matters, questioning is routinely conducted by videoconference for precisely these reasons.

I remain fully willing to participate in discovery and am available for questioning by videoconference (Zoom or Microsoft Teams) or, if preferred, in Alberta.

If you intend to insist on an in-person deposition in the United States, please confirm that your client will provide advance payment for all associated expenses, including airfare, accommodation, meals, lost income, and any passport or visa-related costs. Absent such arrangements, I will only be available for remote examination.

Please advise of your availability for a remote deposition.

Regards, Ryann Perrett