**EXHIBIT**

**C**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **RYANN PERRETT**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Cause No. 4:25-cv-00846-CDP |
| **LINDENWOOD UNIVERSITY, LLC**, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## NOTICE TO TAKE VIDEOTAPED DEPOSITION
## OF PLAINTIFF RYANN PERRETT

TO:                                     All Attorneys of Record

DATE AND HOUR:                          May 1, 2026, at 10:00 A.M.

PLACE OF DEPOSITION:                    Sandberg Phoenix & von Gontard P.C.
                                        701 Market Street, Suite 600
                                        St. Louis, MO 63101

WITNESS TO BE DEPOSED:                  Ryann Perrett

MANNER OF RECORDING:                    Stenographer/Videographer

REPORTER:                               Esquire Deposition Solutions

PLEASE TAKE NOTICE, under Federal Rule of Civil Procedure 30(b), that at the above date, hour and place, we shall cause the deposition of the above witness to be taken upon oral examination. Any party or his/her attorney may appear and participate as he/she sees fit.

1

SANDBERG PHOENIX & von GONTARD P.C.

By:   */s/ Zachary S. Merkle*
      Stephen M. Strum, #37133MO
      Zachary S. Merkle, #68258MO
      Amanda A. Walker, #72182MO
      701 Market Street, Suite 600
      St. Louis, MO 63101-1826
      314-231-3332
      314-241-7604 (Fax)
      sstrum@sandbergphoenix.com
      zmerkle@sandbergphoenix.com
      awalker@sandbergphoenix.com

      *Attorneys for Defendant Lindenwood University, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2026 the foregoing was served by email on all counsel of record:

Antranik Boyadzhyan
aboyadzhyan88@gmail.com

Lynda Sangmor
lynda.sangmor@llgnational.com

*Attorneys for Plaintiff*

*/s/ Zachary S. Merkle*

2