UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **RYANN PERRETT**, Plaintiff, | ) | |
| v. | ) | Cause No. 4:25-cv-00846-CDP |
| **LINDENWOOD UNIVERSITY, LLC**, Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL OF**
**INDIVIDUAL DEFENDANTS WITH PREJUDICE**

COMES NOW Plaintiff Ryann Perrett ("Plaintiff") and Defendant Lindenwood University, LLC ("Lindenwood") and stipulate to the following:

1. Plaintiff filed a Complaint naming Lindenwood, as well as multiple individual defendants: Jason Coomer, Rebecca Taylor, Katie Zingg, Shelley Looney, Kristi Kehoe, and John Does 1-10 (collectively, "Individual Defendants"). (Doc. 1.)

2. On January 22, 2026, the Court dismissed the Individual Defendants, but *without* prejudice. (Doc. 30.)

3. Plaintiff has agreed that the Individual Defendants are not liable on any claims.

4. Plaintiff therefore stipulates to the dismissal of the Individual Defendants *with* prejudice.

5. Plaintiff further stipulates and agrees not to pursue the Individual Defendants in any action, in any court.

SO ORDERED:

______________________________ ____________
Hon. Catherine D. Perry Date

LLG NATIONAL LAW GROUP P.C.

By: /s/ Lynda Sangmor
Lynda Sangmor (Pro Hac Vice)
Phoenix Corporate Tower
3003 N Central Avenue, Suite 685
Phoenix, AZ 85012
Telephone: (480) 745-5863
Email: lynda.sangmor@llgnational.com

*Attorney for Plaintiff*

SANDBERG PHOENIX & von GONTARD P.C.

By: /s/ Zachary S. Merkle
Stephen M. Strum, #37133MO
Zachary S. Merkle, #68258MO
Amanda A. Walker, #72182MO
701 Market Street, Suite 600
St. Louis, MO 63101-1826
314-231-3332
314-241-7604 (Fax)
sstrum@sandbergphoenix.com
zmerkle@sandbergphoenix.com
awalker@sandbergphoenix.com

*Attorneys for Defendant Lindenwood University, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to all counsel of record.

/s/ Lynda Sangmor
Lynda Sangmor