UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **RYANN PERRETT**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Cause No. 4:25-cv-00846-CDP |
| **LINDENWOOD UNIVERSITY, LLC**, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Ryann Perrett ("Plaintiff") and Defendant Lindenwood University, LLC ("Defendant") by and through their undersigned counsel, and jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees.

Respectfully submitted this 25th day of August, 2026.

**LLG NATIONAL LAW GROUP**

By: /s/ Lynda Sangmor
Lynda Sangmor (*Pro Hac Vice*)

3003 N. Central Avenue, Suite 685
Phoenix, AZ 85012
Telephone: 480-745-5863
Lynda.sangmor@llgnational.com

***Attorney for Plaintiff***

SANDBERG PHOENIX & von GONTARD P.C.

By: /s/ Zachary S. Merkle
Stephen M. Strum, #37133MO
Zachary S. Merkle, #68258MO
Amanda A. Walker, #72182MO
701 Market Street, Suite 600
St. Louis, MO 63101-1826
314-231-3332
314-241-7604 (Fax)
sstrum@sandbergphoenix.com
zmerkle@sandbergphoenix.com
awalker@sandbergphoenix.com

*Attorneys for Defendant Lindenwood University, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to all counsel of record.

/s/ Lynda Sangmor
Lynda Sangmor

**PROPOSED ORDER**

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: _____________________, 2026.

By: __________________________
Hon. Catherine D. Perry
United States District Judge